163 A.3d 278

IN THE MATTER OF JOSEPH D. LENTO, AN ATTORNEY
AT LAW (ATTORNEY NO. 013252008)

June 20, 2017

## ORDER

This matter having been duly presented, it is ORDERED that **JOSEPH D. LENTO** of **NARBERTH, PENNSYLVANIA**, who was admitted to the bar of this State in 2008, and who was suspended from the practice of law for a period of one year retroactive to July 17, 2013, by Order of this Court filed April 26, 2017, be restored to the practice of law, effective immediately.